IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN MAURICE TENNIN, | ) | No. C 11-4362 JSW (PR) |
| Plaintiff, | ) ) | **ORDER GRANTING EXTENSION OF TIME** |
| v. | ) ) | |
| BLASE DEL, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Plaintiff has filed an application to proceed in forma pauperis ("IFP") that is deficient insofar as it does not include a certificate of funds form that has been completed and signed by a prison official, nor does it include the required statement from his prison trust account. Plaintiff states that he has been unable to obtain this information from prison officials. Good cause appearing, an extension of time for Plaintiff to complete and file his IFP application is GRANTED to and including **November 3, 2011**. Prison officials shall provide Plaintiff with a signed certificate of funds form and trust account statement in order to allow him to complete his IF application. Plaintiff's failure either to pay the filing fee or to file a completed IF application, including the required prisoner trust account statement and certificate of funds form, or to show cause why he cannot, before the deadline expires will result in the dismissal of this action.

IT IS SO ORDERED.

DATED: September 27, 2011

_____
JEFFREY S. WHITE
United States District Judge