IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN MAURICE TENNIN, | ) | No. C 11-4362 JSW (PR) |
| Plaintiff, | ) ) | **ORDER ON PENDING MOTIONS** |
| v. | ) ) | |
| BLASE DEL, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | (Docket Nos. 35, 38, 40) |

     Plaintiff, a California prisoner proceeding pro se, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's motion to add certain documents to his complaint (docket number 35) is GRANTED. Plaintiff has filed a motion for an "indictment" of Defendants. Plaintiff must seek such relief from a prosecutor's office, not from the Court. The motion (docket number 38) is DENIED. Plaintiff's motion for "service of trial action" is difficult to understand. To the extent he seeks service of Defendants, the motion (docket number 40) is DENIED as unnecessary because service has already been ordered upon those Defendants against whom Plaintiff states a cognizable claim.

     IT IS SO ORDERED.

DATED: July 9, 2012

                                          */s/ Jeffrey S. White*
                                  JEFFREY S. WHITE
                                  United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

KEVIN M TENNIN,

        Plaintiff,

  v.

BLASE DEL, et al,

        Defendant.

                                          /

Case Number: CV11-04362 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin M. Tennin AK-1898
Pelican Bay State Prison
P.O. Box 7500
A2-Cell 207
Crescent City, CA 95532

Dated: July 9, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk