1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6        FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8   KEVIN MAURICE TENNIN,              )   No. C 11-4362 JSW (PR)
                                       )
9              Plaintiff,              )   **ORDER PROVIDING**
                                       )   **PLAINTIFF NOTICE AND**
10             v.                      )   **WARNING**
                                       )
11   BLASE DEL, et al.,                )
                                       )
12             Defendants.             )
    _____ )
13

14          Plaintiff, a California prisoner pro se, filed this civil rights action under 42 U.S.C.

15   § 1983.  Defendants have filed an unenumerated motion to dismiss under Rule 12(b) in

16   which they argue that Plaintiff's claims are not exhausted as required by 42 U.S.C. §

17   1997e.  In preparing any opposition to Defendants' motion, Plaintiff is cautioned for a

18   second time pursuant to *Woods v. Carey*, No. 09-15548, slip op. 7871, 7884-85 (9th Cir.

19   July 6, 2012):

20          **If defendants file an unenumerated motion to dismiss for failure**

21          **to exhaust, they are seeking to have your case dismissed.  If the motion**

22          **is granted it will end your case.**

23          **You have the right to present any evidence you may have which tends**

24   **to show that you did exhaust your administrative remedies.  Such evidence**

25   **may be in the form of declarations (statements signed under penalty of**

26   **perjury) or authenticated documents, that is, documents accompanied by a**

27   **declaration showing where they came from and why they are authentic, or**

28   **other sworn papers, such as answers to interrogatories or depositions.**

1         **If defendants file a motion to dismiss and it is granted, your case**

2         **will be dismissed and there will be no trial.**

3 *See also Wyatt v. Terhune*, 315 F.3d 1108, 1120 n. 4 (9th Cir. 2003).

4         Plaintiff's opposition is due on or before **August 2, 2012**.  Defendants **shall** file a

5 reply brief within **14 days** of the date any opposition is filed. All of the other provisions

6 of the order of service remain in effect.

7         **IT IS SO ORDERED.**

8 DATED: <u>July 11, 2012</u>

                                                  JEFFREY S. WHITE

9                                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       UNITED STATES DISTRICT COURT

2          FOR THE

3      NORTHERN DISTRICT OF CALIFORNIA

4

5

6  TENNIN,         Case Number: CV11-04362 JSW

7     Plaintiff,    **CERTIFICATE OF SERVICE**

8   v.

9  DEL, et al.,

10     Defendant.      /

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13  That on July 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

14

15

16

17  Kevin M. Tennin AK-1898
Pelican Bay State Prison

18  P.O. Box 7500
A2-Cell 207

19  Crescent City, CA 95532

20  Dated: July 11, 2012

21        Richard W. Wieking, Clerk
         By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28